IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE CINCINNATI LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff-Stakeholder, )<br>)<br>v. )<br>)<br>Jewell Maul, Russell Maul, H.M., a minor, )<br>C.M., a minor, and Betsy Hutchison, as Executor of )<br>The Estate of Andrew B. Maul, deceased, )<br>)<br>Defendant-Claimants. ) | Case No.: 1:16-cv-1003 |

### ORDER

This matter coming before this Court Cincinnati Life Insurance Company's motion for summary judgment, due notice having been given, and the Court being fully informed in the premises, IT IS HEREBY ORDERED THAT:

1. Plaintiff-Stakeholder The Cincinnati Life Insurance Company (Cincinnati Life) shall deposit the proceeds due under Cincinnati Life Insurance Policy No. 6293071L with a death benefit of $250,000.00 and Policy No. U2699679 with a death benefit of $69,383.00 (collectively referred to as the "Policies") for a total of $319,383.00 (the "Policies' Proceeds") with_____ within 30 days of the entry of this order (on or before _____, 2016).

2. Pursuant to 215 ILCS 5/224(1)(l) of the Illinois Insurance Code, no interest is due on the Policies' Proceeds as of the date of this order and continuing for 30 days after the entry of this order.

3. Defendant-Claimants, Jewell Maul, Russell Maul, H.M., a minor, C.M., a minor, the Estate of Andrew B. Maul and Betsy Hutchison, as Executor of The Estate of Andrew B. Maul, deceased, and each of their agents, heirs, and assigns, are enjoined from instituting or prosecuting any proceeding against Cincinnati Life respecting the obligations and amounts of money involved in this interpleader action including, without limitation, their dispute over the Policies and the Policies' Proceeds.

4. Cincinnati Life is discharged with prejudice from all further liability to Defendant-Claimants, Jewell Maul, Russell Maul, H.M., a minor, C.M., a minor, the Estate of Andrew B. Maul and Betsy Hutchison, as Executor of The Estate of Andrew B. Maul, deceased, with respect to the Policies and the Policies' Proceeds.

5. Cincinnati Life is dismissed from this action with prejudice.

EXHIBIT 8

Date: _____    Judge: _____

1:16-cv-01003-JBM-JEH   # 33-8    Page 2 of 2